Stephen W. Rupp, Trustee (2824)
**McKAY, BURTON & THURMAN**
170 South Main Street, Suite 800
Salt Lake City, UT 84101
Telephone: (801) 521-4135
Telefax: (801) 521-4252

IN THE UNITED STATES BANKRUPTCY COURT FOR THE

DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | : Bankruptcy No. 13-20446 WTT |
|---|---|
| | (Chapter 7) |
| SHANON KAYE CHIPMAN, | : |
| Debtor. | : |

**MOTION TO EXTEND DEADLINE FOR FILING COMPLAINTS CONCERNING THE DEBTOR'S DISCHARGE AND MOTION FOR TURNOVER ORDER**

The Trustee in the above-captioned case, Stephen W. Rupp, hereby requests that the Court extend the deadline for filing complaints concerning the debtor's discharge. The present deadline is May 6, 2013. The Trustee requests that the deadline be extended for three months or up to and including *August 6, 2013*. The Trustee also requests an order of the Court requiring the debtor cooperate with the Trustee and surrender and turnover books, records, documents, information and properties of the bankruptcy estate by a date certain. The Trustee requests this relief as to the Trustee and U.S. Trustee only. The Trustee requests this relief for the following reasons:

1. The First Meeting of Creditors was conducted on March 5, 2013. At that time, a directive was issued.

2. As of the date of the filing of these motions, the debtor has not yet complied with the directive.

3. Under §521 of the Bankruptcy Code, the debtor is required to cooperate with the Trustee as necessary to enable the Trustee to perform the Trustee's duties under this Title. The debtor also has the duty to surrender to the Trustee all property of the estate and any recorded information, including books, documents, records and papers relating to property or claims of the bankruptcy estate.

4. The Trustee considers all that has been requested necessary in complying with the Trustee's duties under §704 of the Bankruptcy Code, including the investigation of the debtor's financial affairs and dealings, the identification of property or claims of the bankruptcy estate, the realization of the value of property of the bankruptcy estate, and the administration of the estate. The debtor's failure to surrender, produce and turnover raises issue concerning the debtor's failure to comply with debtor's duties under §521 of the Bankruptcy Code and Rules and debtor's entitlement to a Chapter 7 discharge.

5. The extension of the deadline will provide the debtors with additional time and opportunity to fully comply with the debtor's statutory duties and is time needed for the Trustee to continue to pursue and accomplish the Trustee's duties in this case.

WHEREFORE, the Trustee hereby requests that the deadline for filing complaints concerning debtor's discharge be extended for three months or up to and including *August 6, 2013*. The Trustee also requests an order of the Court requiring that the debtor surrender, produce and turnover to the Trustee within fifteen (15) days after the entry of a turnover order, the following:

(a) Full and complete copies of prepared and filed State and Federal income tax returns for 2011 and 2012 with verification that the returns have actually been filed and received by the Internal Revenue Service.

(b) The Trustee also requests an order of the Court requiring that the debtor turnover any and all tax refunds immediately upon receipt.

DATED this 6 day of May, 2013.

McKAY, BURTON & THURMAN
By_____
Stephen W. Rupp
Attorneys for Chapter 7 Trustee

## CERTIFICATE OF SERVICE - BY NOTICE OF ELECTRONIC FILING (CM/ECF)

      I hereby certify that on May 6, 2013, I electronically filed the foregoing *Motion to Extend Deadline For Filing Complaints Concerning the Debtor's Discharge and Motion For Turnover Order* with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system.

      Jennifer B. Smock Jen@smocksaltlake.com, jenecf@gmail.com

      United States Trustee USTPRegion19.SK.ECF@usdoj.gov

      I hereby certify that on May 6, 2013, I caused to be served a true and correct copy of the foregoing *Motion to Extend Deadline For Filing Complaints Concerning the Debtor's Discharge and Motion For Turnover Order* as follows:

**Mail Service - By regular first class Untied States Mail, postage fully pre-paid, addressed to:**

**Shanon Kaye Chipman**
2732 Merryvale Circle
Riverton, UT 84065

                                          /s/   Karin Powell

ka\pl\chipman.mte